**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

IN RE:                                                      CASE NO.: 25-17693-MAM

CINEMAWORLD OF FLORIDA, INC                 CHAPTER 11

      Debtor.

_____/

**NOTICE OF APPEARANCE, REQUEST**
**FOR NOTICE AND RESERVATION OF RIGHTS**

PLEASE TAKE NOTICE that the undersigned attorney appears for Creditor, IPFS Corporation, and pursuant to, *inter alia*, F.R.B.P., Rules 2002 and 9007 and §1109(b) of the Bankruptcy Code, requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be provided to and served upon the undersigned.

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the Bankruptcy Rules set forth above, but also includes, without limitation, any and all other orders and notices of application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted by or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way any rights or interests of any creditor or party-in-interest in this case, including IPFS Corporation with respect to:  (a) the debtor; (b) property of the estate, or proceeds thereof, in which the debtor may claim an interest; or (c) property or proceeds thereof in the possession, custody or control of others that the debtor may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment, or other conduct by IPFS Corporation.

82726731;1

PLEASE TAKE NOTICE that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall constitute a submission to this court's jurisdiction nor waive any (1) right to object to jurisdiction, (2) right to have final orders in noncore matters entered only after de novo review by a District Judge, (3) right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (4) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (5) other rights, claims, actions, defenses, setoffs, recoupments, or remedies to which IPFS Corporation is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments, and remedies are expressly reserved.

Dated:  September 12, 2025                    Respectfully submitted,


 /s/ *Esther McKean*
Esther McKean, Esq.
Florida Bar No. 028124
**AKERMAN LLP**
420 S. Orange Avenue, Suite 1200
Orlando, FL  32801-4904
Telephone:  (407) 423-4000
Facsimile:  (407) 843-6610
esther.mckean@akerman.com
*Attorneys for Creditor, IPFS Corporation*

2

82726731;1

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing has been furnished on September 12, 2025 by electronic transmission to all parties-in-interest receiving CM/ECF notification.

/s/ *Esther McKean*
Esther McKean, Esquire

82726731;1