UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
OCT 15 2026
FILED ___ RECEIVED ___

In re:

CINEMAWORLD OF FLORIDA, INC.,

Debtor.
______________________________/

Chapter 11

Case No. 25-17693-MAM

**BALLOT AND DEADLINE FOR FILING BALLOT ACCEPTING OR REJECTING PLAN**

***TO HAVE YOUR VOTE COUNT YOU MUST COMPLETE AND RETURN THIS BALLOT BY SEPTEMBER 8, 2026***

The Plan of Reorganization for Cinemaworld of Florida, Inc. under Chapter 11 of the Bankruptcy Code filed by Cinemaworld of Florida, Inc. (Doc 169) on March 31, 2026 (the "**Plan**") can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it.

This ballot is for creditor (insert name) Navitas Credit LLC fka Navitas Credit Corp. for the following type of claim placed in the indicated class in the indicated amount:

| *TYPE OF CLAIM* | *CLASS IN PLAN* | *AMOUNT OF CLAIM* |
|---|---|---|
| ☒ General Secured | 8 | $ 18,000.00 |
| ☒ General Unsecured | 13 | $ 82,559.69 |
| ☐ Equity Security Holder | | Percentage of Shares of Stock |

The undersigned [Check One Box] ☒ Accepts ☐ Rejects the Plan of the above-named debtor.

Signed: [signature]

Print Name and Title (if applicable): B. Leighton Bost Recovery Manager

Address: 201 Executive Center Dr. Suite 100, Columbia, SC 29210

Phone: (803) 566-8245

Date: 10/8/2026

★★★ **FILE THIS BALLOT ON OR BEFORE November 10, 2026** ★★★